**Petition for Writ of Mandamus Dismissed as Moot and Memorandum Opinion filed October 24, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-13-00556-CR**
**NO. 14-13-00557-CR**
**NO. 14-13-00558-CR**

## IN RE TODD WARREN ALTSCHUL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 23,557, 26,672 & 26,673**

## MEMORANDUM OPINION

Relator  filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator asks this Court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County to rule on his motion for a judgment nunc pro tunc for appeal time credit.  A response was requested and has been filed.

The response contains the trial court's ruling on relator's motion, signed October 9, 2013. Accordingly, the petition for writ of mandamus is ordered dismissed as moot.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.

Do Not Publish — TEX. R. APP. P. 47.2(b).